PROB 12C
(6/16)

Report Date: October 25, 2016

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 26 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert L. Picard, III          Case Number: 0980 2:10CR00020-LRS-1

Address of Offender:                  Omak, Washington 98841

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior United States District Judge

Date of Original Sentence: February 9, 2011

Original Offense:    Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3), 1151, 1153(a) and 2

Original Sentence:   Prison - 84 months              Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Matthew F. Duggan             Date Supervision Commenced: April 8, 2016

Defense Attorney:    Federal Defenders Office       Date Supervision Expires: April 7, 2019

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                    **Supporting Evidence**: On October 10, 2016, the undersigned received the Colville Tribal Police Department deputy report regarding incident 16-1286, which stated that on August 19, 2016, at approximately 12:11 a.m., law enforcement responded to a gas station employee report that a customer had left a bag of drugs on the counter. Law enforcement was shown a video by the gas station employee of a male, later identified as the offender, who had come up to the checkout area with two cases of Twisted Tea. No baggie was visible on the counter before the offender placed the Twisted Tea on the counter. While the offender was taking money out of his wallet, a brass key and a baggie fell out. Law enforcement collected the baggie, which contained a white crystal like substance, and NIK tested the substance at the Omak, Washington, substation. The substance returned a presumptive positive result for methamphetamine.

                    On October 19, 2016, the undersigned contacted the Colville Tribal Prosecutors Office to inquire about the status of the case. The prosecutor's office advised they will be filing a complaint on the matter.

Prob12C
Re: Picard, III, Robert L.
October 25, 2016
Page 2

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: On October 10, 2016, the undersigned received the Colville Tribal Police Department deputy report regarding incident 16-1286, which stated that on August 19, 2016, at approximately 12:11 a.m., law enforcement responded to a gas station employee report that a customer had left a bag of drugs on the counter. Law enforcement was shown a video by the gas station employee of a male, later identified as the offender, who had come up to the checkout area with two cases of Twisted Tea (alcoholic beverage). |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 25, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/26/16
Date