PROB 12C
(6/16)

Report Date: November 15, 2016

# United States District Court

## for the

## Eastern District of Washington



### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert L. Picard, III | Case Number: 0980 2:10CR00020-LRS-1 |
| Address of Offender: | Omak, Washington 98841 |

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 9, 2011

Original Offense:   Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3), 1151, 1153(a) and 2

Original Sentence:   Prison - 84 months         Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Matthew F. Duggan         Date Supervision Commenced: April 8, 2016

Defense Attorney:      Federal Defenders Office  Date Supervision Expires: April 7, 2019

---

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/26/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On November 8, 2016, the offender made a verbal admission to the undersigned that he had consumed marijuana on Thursday, November 3, 2016. |

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On November 14, 2016, Okanogan Behavioral Health notified the undersigned that the offender had failed to report for a random urinalysis test on Sunday, November 13, 2016. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/15/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

11/16/16
Date