PROB 12C
(6/16)

Report Date: November 23, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 28 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Robert L. Picard | Case Number: 0980 2:10CR00020-LRS-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Omak, Washington 98841 | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 9, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3), 1151, 1153(a) and 2 | | |
| Original Sentence: | Prison - 84 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: | April 8, 2016 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: | April 7, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/26/2016 and 11/16/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On November 16, 2016, the offender made a verbal admission to the undersigned that he had consumed marijuana on November 15, 2016. The offender additionally signed an admission of use form. |

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: On November 20, 2016, the offender was stopped by a Washington State Patrol trooper for a traffic violation. During the interaction the offender made a verbal admission to the officer that he had consumed one beer. |

Prob12C
Re: Picard, III, Robert L.
November 23, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/23/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [~~ ~~] ~~Defendant to appear before the Magistrate Judge.~~
- [ ] Other

Signature of Judicial Officer

11/28/16
Date