PROB 12C
(6/16)

Report Date: January 19, 2017

## United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**JAN 19 2017**

### Eastern District of Washington

**SEAN F. McAVOY, CLERK
                              DEPUTY
YAKIMA, WASHINGTON**

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert L. Picard, III    Case Number: 0980 2:10CR00020-LRS-1

Address of Offender:                       Omak, Washington 98841

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 9, 2011

Original Offense:      Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3), 1151, 1153(a) and 2

Original Sentence:     Prison - 84 months              Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Matthew F. Duggan               Date Supervision Commenced: April 8, 2016

Defense Attorney:      John Stephen Roberts, Jr.       Date Supervision Expires: April 7, 2019

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/26/2016, 11/16/2016 and 11/28/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence**: On January 10, 2017, the offender submitted a urinalysis sample for testing at Okanogan Behavioral Health (OBH) that tested presumptive positive for marijuana. The offender then made a verbal admission to staff at OBH that he had consumed marijuana. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/19/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

1/19/17
Date