PROB 12C
(6/16)

Report Date: February 7, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert L. Picard, III       Case Number: 0980 2:10CR00020-LRS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Omak, Washington 98841

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 9, 2011

Original Offense:    Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3), 1151, 1153(a) and 2

Original Sentence:   Prison - 84 months          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:  Matthew F. Duggan          Date Supervision Commenced: April 8, 2016

Defense Attorney:    John Stephen Roberts, Jr.   Date Supervision Expires: April 7, 2019

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/16/2016, 11/28/2016, and 01/19/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On January 22, 2017, the offender submitted a urinalysis sample for testing at Okanogan Behavioral Health (OBH) that tested presumptive positive for marijuana. The offender then made an admission to staff at OBH that he had consumed marijuana on or about January 8, 2017. |

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On January 25, 2017, the offender submitted a urinalysis sample for testing at OBH that tested presumptive positive for marijuana. The offender then made a verbal admission to staff at OBH that he had consumed marijuana on January 22, 2017. |

Prob12C
Re: Picard, III. Robert L.
February 7, 2017
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/07/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[XX] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[XX] Defendant to appear before the Magistrate Judge.
[ ] Other

Stanley A. Bastian for Lonny R. Suko
United States District Judge
2/7/2017
Date