PROB 12C
(6/16)

Report Date: March 8, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 09 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert L. Picard, III          Case Number: 0980 2:10CR00020-LRS-1

Address of Offender: ███████████████████ Omak, Washington 98841

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 9, 2011

| | |
|---|---|
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3), 1151, 1153(a) and 2 |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months |
| Asst. U.S. Attorney: | Matthew F. Duggan |
| Defense Attorney: | John Stephen Roberts, Jr. |

Type of Supervision: Supervised Release

Date Supervision Commenced: April 8, 2016

Date Supervision Expires: April 7, 2019

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/26/2016, 11/16/2016, 11/28/2016, 01/19/2017 and 2/7/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On February 8, 2017, the offender submitted a urinalysis sample for testing at Okanogan Behavioral Health (OBH) that tested presumptive positive for marijuana. The offender then made an admission to staff at OBH that he had consumed marijuana on or about January 22, 2017. |
| 11 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On February 23, 2017, the offender submitted a urinalysis sample for testing at OBH that tested presumptive positive for marijuana. The offender then made an admission to staff at OBH that he had consumed marijuana on or about February 18, 2017. |

| | | |
|---|---|---|
| 12 | | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On March 8, 2017, the offender submitted a urinalysis sample for testing at OBH that tested presumptive positive for marijuana. The offender then made an admission to staff at OBH that he had consumed marijuana on or about February 18, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/08/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

3/9/17
Date