PROB 12C
(6/16)

Report Date: December 27, 2018

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN - 2 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert L. Picard, III                    Case Number: 0980 2:10CR00020-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 9, 2011

| | |
|---|---|
| Original Offense: | Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3), 1151, 1153(a) and 2; Assault with a Dangerous Weapon, 18 U.S.C. § 113(a)(3); Assault with a Dangerous Weapon, 18 U.S.C. § 113(a)(3) |
| Original Sentence: | Prison - 84 months  TSR - 36 months                    Type of Supervision: Supervised Release |
| Revocation Sentence: 03/14/2017 | Prison - 6 months  TSR - 30 months |
| Asst. U.S. Attorney: | Federal Defenders Office           Date Supervision Commenced: September 12, 2017 |
| Defense Attorney: | Matt Duggan                              Date Supervision Expires: March 11, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1        **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime.

         **Supporting Evidence**: Mr. Picard is alleged to have committed the offenses of obstructing a law enforcement officer, open container, and driving under the influence.

         On September 13, 2017, Mr. Picard reported to the U.S. Probation Office for the purpose of an intake. It was at that time Mr. Picard was informed of all mandatory, standard, and special conditions of supervised release. Mr. Picard acknowledged he understood his obligation to the Court.

         On December 23, 2018, per Washington State Patrol electronic citation numbers 8Z1137171, 8Z1137172, and 8Z1137173, Mr. Picard was cited for the misdemeanor charges of obstructing a law enforcement officer, open container, and driving under the influence.

Prob12C
Re: Picard, III, Robert L.
December 27, 2018
Page 2

2     **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Picard violated his supervised release by consuming marijuana.

On September 13, 2017, Mr. Picard reported to the U.S. Probation Office for the purpose of an intake. It was at that time Mr. Picard was informed of all mandatory, standard, and special conditions of supervised release. Mr. Picard acknowledged he understood his obligation to the Court.

On December 26, 2018, Mr. Picard reported to the U.S. Probation Office and at that time he admitted to this officer, and via a signed document, that he last consumed marijuana on December 25, 2018.

3     **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Picard violated his supervised release by consuming alcohol.

On September 13, 2017, Mr. Picard reported to the U.S. Probation Office for the purpose of an intake. It was at that time Mr. Picard was informed of all mandatory, standard, and special conditions of supervised release. Mr. Picard acknowledged he understood his obligation to the Court.

On December 26, 2018, Mr. Picard reported to the U.S. Probation Office and at that time he admitted to this officer, and via a signed document, that he last consumed alcohol on December 23, 2018.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/27/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
Re: Picard, III, Robert L.
December 27, 2018
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/2/19
Date