PROB 12C
(6/16)

Report Date: April 25, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert L. Picard, III                           Case Number: 0980 2:10CR00020-LRS-1

Address of Offender:                                Airway Heights, Washington 99001

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 9, 2011

Original Offense:   Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3), 1151, 1153(a) and 2; Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3); Assault with a Dangerous Weapon, 18 U.S.C. § 113(a)(3)

Original Sentence:   Prison - 84 months                Type of Supervision: Supervised Release
                     TSR - 36 months

Revocation Sentence:  Prison - 6 months
03/14/2017            TSR- 30 months

Asst. U.S. Attorney:  Matthew F. Duggan          Date Supervision Commenced: September 12, 2017

Defense Attorney:     Federal Defenders Office   Date Supervision Expires: March 11, 2020

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/27/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Picard violated his supervised release by using marijuana on April 14, 2019.<br><br>On April 18, 2019, Mr. Picard reported to U.S. Probation in response for failing to show for his phase urinalysis test on April 16, 2019. It was at that time, Mr. Picard admitted to the undersigned, and via a signed document, that he used marijuana on April 14, 2019. |

Prob12C
**Re: Picard, III, Robert L.**
**April 25, 2019**
**Page 2**

On September 13, 2017, Mr. Picard reported to the U.S. Probation Office for the purpose of an intake. It was at that time Mr. Picard was informed of all mandatory, standard, and special conditions of supervised release. Mr. Picard acknowledged he understood his obligation to the Court.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 25, 2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

04/26/2019
Date