PROB 12C
(6/16)

Report Date: May 22, 2019

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 22, 2019**

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert L. Picard                     Case Number: 0980 2:10CR00020-LRS-1

Address of Offender:                     Airway Heights, Washington 99001

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: February 9, 2011

Original Offense:      Assault with a Dangerous Weapon, 18 U.S.C. §§ 113(a)(3), 1151, 1153(a) and 2; Assault with a Dangerous Weapon, 18 U.S.C. § 113(a)(3); Assault with a Dangerous Weapon, 18 U.S.C. § 113(a)(3)

Original Sentence:     Prison - 84 months             Type of Supervision: Supervised Release
                       TSR - 36 months

Revocation Sentence:   Prison - 6 months
03/14/2017             TSR- 30 months

Asst. U.S. Attorney:   Matthew F. Duggan              Date Supervision Commenced: September 12, 2017

Defense Attorney:      Federal Defenders Office       Date Supervision Expires: March 11, 2020

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/02/2019 and 04/26/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

    5                   **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

                        **Supporting Evidence**: Mr. Picard is alleged to have committed the offense of second degree driving while license suspended.

                        On May 20, 2019, Mr. Picard was issued a citation for driving while license suspended in the second degree. On May 21, 2019, Mr. Picard reported to the U.S. Probation Office to advise of the law enforcement contact and showed the undersigned the citation issued.

                        On September 13, 2017, Mr. Picard reported to the U.S. Probation Office for the purpose of an intake. It was at that time Mr. Picard was informed of all mandatory, standard, and special conditions of supervised release. Mr. Picard acknowledged he understood his obligation to the Court.

Prob12C
**Re: Picard, Robert L.**
**May 22, 2019**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/22/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[✓]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

05/22/2019
Date